**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT - 4 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
D'ASIA SHAVIS,

                Plaintiff,

-against-                                No. 1:19-cv-00484-CBA-LB

PAY-O-MATIC CHECK CASHING CORP.
and THE PAY-O-MATIC CORP.,

                Defendants.
-----------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL OF FLSA CLAIMS
## WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that the Parties have agreed to amicably resolve any and all claims by Plaintiff against Defendants in this action alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), and have authorized their undersigned counsel to stipulate, consent and agree to dismiss all claims pursuant to the FLSA in the instant action with prejudice to Plaintiff. The terms of the Parties' Negotiated Settlement Agreement have been reviewed and approved by the Court. No attorneys' fees or costs will be awarded to any party by the Court, except as provided therein.

*- THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK -*

| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
|---|---|
| THE LAW OFFICE OF CHRISTOPHER Q. DAVIS | JACKSON LEWIS P.C. |
| 225 Broadway, Suite 1803<br>New York, N.Y. 10007<br>Tele. (646) 430-7930 | 44 South Broadway, 14th Floor<br>White Plains, N.Y. 10601<br>Tele. (914) 872-8060 |
| By: _____<br>Christopher Q. Davis | By: _____<br>Miriam Schindel<br>Jonathan M. Kozak<br>Isaac J. Burker |
| Dated: 9/6/2019 | Dated: 9/6/19 |

The Court hereby approves the settlement and dismissal of the instant action with prejudice.

SO ORDERED this 3 day of Oct, 2019

s/Carol BagleyAmon
_____
Hon. Carol Bagley Amon
United States District Judge